

# NUMBER 13-10-00037-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE: DOUGLAS AARON PHARR

## On Petition for Writ of Mandamus.

## MEMORANDUM OPINION

### Before Chief Justices Valdez and Justices Yanez and Vela
### Memorandum Opinion Per Curiam[1]

Relator, Douglas Aaron Pharr, filed a petition for writ of mandamus in the above

cause on February 1, 2010. In addition to the petition for writ of mandamus, relator filed

a motion for emergency relief asking the Court to order a stay of the trial of the case set

for February 3, 2010 pending a decision on the merits of the petition for writ of mandamus.

---

[1]*See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so."); TEX. R. APP. P. 47.4 (distinguishing opinions and memorandum opinions).

The Court, having examined and fully considered the petition for writ of mandamus, appendix, and relator's motion for emergency relief, is of the opinion that relator has not shown himself entitled to the relief sought and the petition for writ of mandamus should be denied. In addition, the relator's motion for emergency relief is denied.

Accordingly, relator's petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).


PER CURIAM


Delivered and filed the 2nd
day of February, 2010.